# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 21, 2015

## NO. 03-14-00212-CV

**City of Austin, Texas, Appellant**

**v.**

**Jamil Cherry, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
REVERSED AND REMANDED -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment signed by the trial court on October 16, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and remands the case to the trial court to allow appellee to amend his pleadings. Appellee shall pay all costs relating to this appeal, both in this Court and the court below.